# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2018

157905

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                      SC: 157905
                                      COA: 336183
                                      Grand Traverse CC:
                                      2016-012495-FH

MICHAEL GARY COHEN,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the April 17, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



p1128

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2018



Clerk